EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Lizmarie Mena Feliciano | 2018 TSPR 19 199 DPR ____ |
|---|---|

Número del Caso: TS-20,114

Fecha: 8 de febrero de 2018

Abogado de la peticionaria:

    Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Lizmarie Mena Feliciano                    TS-20,114

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de febrero de 2018.

Examinada la *Moción de Solicitud de Activación al Ejercicio del Derecho* presentada el 30 de enero de 2018 por la Sra. Lizmarie Mena Feliciano, se declara *Ha Lugar* la misma.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena a la licenciada Mena Feliciano actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo